IN THE UNTIED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

(CIVIL COMPLAINT)

ANTHONY McCLURE,           )   DOCKET NO. _____
                           )
PLAINTIFF,                 )   (TO BE SUPPLIED BY THE CLERK)
                           )
vs.                        )
                           )
SILIS MUHAMMAD, OR THE     )
PRESENT HEAD OF THE        )
LOST-FOUND NATION OF ISLAM )
DEFENDANTS,                )
ABU BAKR A.K.A. WILLIE,    )
PETTY DEFENDANT            )
                           )

RECEIVED
JUL 1 2008
Jul 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PURSUANT TO THE FEDERAL TORT CLAIMS ACT, 28 U.S.C. § 1346,

08CV3757
JUDGE GUZMAN
MAGISTRATE JUDGE BROWN

ANTHONY McCLURE N00370
MENARD CORRECTIONAL CENTER
P.O. BOX 711
MENARD, ILLINOIS 62259

/s/ Anthony McClure
PRO SE

DATE 6-23-08

IN THE UNTIED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

(CIVIL COMPLAINT)

| | |
|---|---|
| ANTHONY McCLURE,<br>PLAINTIFF<br><br>VS.<br><br>SILIS MUHAMMAD, OR THE PRESENT HEAD OF THE LOST-FOUND NATION OF ISLAM DEFENDANT  ABU BAKR A.K.A. WILLIE PETTY DEFENDANT | DOCKET NO._____<br>(TO BE SUPPLIED BY THE CLERK) |

Pursuant to the Federal Tort claims Act, 28 U.S.C. § 1346, the Federal Tort Claims passed in 1946, confers exclusive jurisdiction on United States District Courts to hear claims against the United States, for money damages accuring on and after January 1, 1945 for injury or death, caused by the negligent or wrongful act. The Plaintiff Anthony McClure, filed this Civil complaint as stated:

1. The Plaintiff Anthony McClure is presently incarcerated at the Menard Correctional Center, P.O. Box 711, Meanrd, Illinois 62259.

2. The Defendant were Silis Muhammad or the present head of the Lost-Found Nation of Islam is presently at 3040 Campbellton Roads, S.W. Atlanta, Georgia 30311.

3. The incident occurred on or about August, 1984 that damaged Plaintiff Anthony McClure, life.

1.

3. Damages occurred under the following circumstances, criminal activity was their intent instead of the practice of the religion that involved Plaintiff, Anthony McClure, in a life of confusion, and confined for 24 years of imprisonment.

> This Violates the Establishment Clause that provision in the First Amendment of the Federal Constitution and made applicable to the states by the Fourteenth Amendment prohibiting the enactment of laws respecting the establishment of religion.

4. The Plaintiff Anthony McClure, a.k.a. Bilal was among members of the Lost-Found Nation of Islam in Chicgao Illinois was the Minister Abu Bakr a.k.a. Willie Petty, in the year of 1984, that was apart of the Nation Under the leadership of the Honorable Silis Muhammad, Temple number #17 in Atlanta Georgia, and these members in Chicago, turned the Plaintiff away from a life of peace and religion that were to be practice, instead they involved the Plaintiff with criminal intent and told him to leave the city and never come back.

5. The Honorable Silis Muhammad, and members in Atlanta, Georgia sent the Plaintiff literature, books, letters, tapes and newspapers with his holy name and number that was written in the lamb book of life among the 144,000 chosen people of God. ( Bilal is his name and holy number is 61111-93 3:09 pm).

6. But no one in this Nation would respond to any of the Plaintiff letters about why he had to suffer for people who were members of this Nation that were involved in misleading Plaintiff of the practice of religion and criminal activity were their intent.

7. The Lost-Found Nation of Islam knows that they are responsible for imprisonment of the Plaintiff.

2.

8. The Plaintiff Anthony McClure, never got the help that was promised to him by the Lost-Found Nation Of Islam to get back his freedom from prison, and suffered from post traumatic stress disorder that cause horrifying memories for the 24 years lost in his life because of imprisonment by the Lost_Found Nation of Islam who had no respect for the establishment of religion.

\*\* Equal Protection of The Laws constitutional guarantee embodied in the Fourteenth Amendment to the U.S. ConsTitution which states in relevant part that no State shall deny to any person within its juridiction the equal protection of the laws\*\*;

DAMAGES SHOULD BE AWARDED AS STATED:

1. The extent to which procedural due process must be afforded a person is influenced by the extent to which he may be condemned to suffer grievous loss.

2. Damages monetary compensation which the law awards to one who has been injured by the action of another.

Therefore The Plaintiff Anthony McClure, is asking this Court to award him 1,000,000 dolars for each year he has been in prison because of the misleading of Plaintiff's life of religion misconduct by the Lost Found Nation of Islam.

3.

STATE OF ILLINOIS

COUNTY OF RANDOLPH

### AFFIDAVIT

i, Anthony McClure, being duly sworn on oath states that he is the plaintiff in the attached cause. He has read the foregoing Civil Complaint and states the contents thereof are true and correct to the best of his knowledge.

Signature *Anthony McClure*

Pursuant to USC 1746, 18USC 1621 or 735 ILCS 5/1-109. I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that i believe the foregoing matter is taken in good faith.

signed on this 23rd day of June -2008.

*Anthony McClure*
plaintiff

-4-