UNITED STATES DISTRCIT COURT

FOR THE

NORTHERN DISTRICT OF ILLINOIS

ANTHONY McCLURE ) IN FORMA PAUPERIS APPLICATION
PLAINTIFF, )
) AND
VS. )
) FINANCIAL AFFIDAVIT
SILIS MUHAMMAD, ON THE )
PRESENT HEAD OF THE )
LOST-FOUND NATION OF ISLAM )
DEFENDANTS, ABU BAKR A.K.A. )
WILLIE PETTY DEFENDANT )

**FILED** JUL 1 2008 / Jul 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV3757
JUDGE GUZMAN
MAGISTRATE JUDGE BROWN

APPLICATION TO PROCEED IN FORMA PAUPERIS

I, ANTHONY McCLURE, declare that I am the Plaintiff in the above-entitled case. this affidavit constitutes my application to proceed without full payment of fees. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint. I provide the following information <u>under penalty of perjury:</u>

1. Anthony McClure is presently incarcerated at the Menard Correctional Center P.O. Box 711, Menard, Illinois 62259

2. Plaintiff has no sources of income.

3. Plianitff does not own any real estate, house apartment, condominiums.
Plaintiff does not own any bank accounts, business, or self-employment, bonds or stocks.

4. Plaintiff does not own any automobiles, boat, trailers, mobile or homes.

5. Plaintiff is not married or does he owe any child support.

6. Plaintiff is not employed any where.

DATE June 23, 2008                                   SIGNATURE: Anthony McClure

# FINANCIAL AFFIDAVIT

STATE OF ILLINOIS

            SS

COUNTY OF RANDOLPH

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915 (e)(2)(A), the court shall dismiss this case at any time if the the court determines that my allegation of poverty is untrue

I the applicant named herein, Anthony McClure, N00370, has the sum of $ 200.00 on my account here at the Menard Correctional Center Trust Fund Office, and the Plaintiff is only getting $10.00 per month by the State of Illinois D.O.C., which can be verified by the Trust Fund Office.

Plaintiff, Anthony McClure N00370, does have a case pending in The Circuit Court of Cook Criminal Division, which a petition and an application of forma pauperis was approved that by court May 19, 2008.

DATE June 23, 2008

SIGNATURE Anthony McClure