# United States District Court
## Northern District of Illinois
Eastern Division

| | |
|---|---|
| McCLURE | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 3757 |
| MUHAMMAD | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court denies plaintiff's motion to proceed *in forma pauperis*, but sees no need for him to pay the filing fee or any portion thereof. This case is dismissed as frivolous and for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii). This case is hereby terminated.

Michael W. Dobbins, Clerk of Court

Date: 7/10/2008      _____
/s/ Carole Gainer, Deputy Clerk