# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

ANTHONY McCLURE )
)
)
VS. )       08cv3757
)       CASE NUMBER 08CV3757
SILIS MUHAMMAD etc, et al )

**FILED**
Aug 11, 2008
AUG 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR PRODUCTION OF DOCUMENTS

Now comes Anthony McClure, who moves this court to order Respondents of Silis Muhammad, ect, et al of the Lost Found Nation of Islam, and the Menard Correctional Center Record Office to Produce for inspection and copying by the Claimant, the following documents:

1. All documents concerning letters to show the date being register with the Lost Found Nation of Islam under the Holy name and number, and the file of all Literature that were mailed to him over the past years from 1993, and receipts of zakat from the Nation, and the Plaintiff's position in the Nation.

2. The documents are necessary to the presentation and preparation of Plaintiff's action.

AUGUST 3, 2008

ANTHONY McCLURE N00370
MENARD CORRECTIONAL CENTER
P.O. BOX 711
MENARD, ILLINOIS 62259

*Anthony McClure* (signature)