# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3757 | **DATE** | 8/19/08 |
| **CASE TITLE** | Anthony McClure (N-00370 ) v. Muhammad, et al. | | |

**DOCKET ENTRY TEXT:**

Case is closed. Plaintiff's motion for production of documents [7] is denied as moot.

[For further details see text below.] Docketing to mail notices.

## STATEMENT

JJD